United States Bankruptcy Court

Southern District of Florida

In re:

Vanessa Yamileth Marquina

     Debtor

Case No. 26-17189-PDR

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1

Date Rcvd: Jun 15, 2026

User: admin

Form ID: CGFD3

Page 1 of 3

Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Yamileth Marquina, 15955 NW 82ND CT, Miami Lakes, FL 33016-6614 |
| 98670652 | + | ADT, Inc., ATTN: Bankruptcy, 1501 Yamato Rd, Boca Raton, FL 33431-4438 |
| 98670682 | + | POPULAR AUTO SALES INC., 4082 W 12th AVE, Hialeah, FL 33012-4106 |
| 98670683 | #+ | Professional Debt Mediation, Attn: Bankruptcy, 8657 Baypine Rd, Ste 201, Jacksonville, FL 32256-8634 |
| 98670694 | + | US Attorney Southern District, c/o Hon. Jason A. Reding Qui ones, 99 NE 4th St, Miami, FL 33132-2131 |
| 98670695 | | World Omni Financial Corp, Attn: Bankruptcy, 250 Jim Moran Blvd, Deerfield Beach, FL 33442 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 98670653 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 00:06:01 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 98670667 | | Email/Text: bankruptcies@crownasset.com | Jun 16 2026 00:00:00 | CROWN ASSET MANAGEMENT, LLC, 3100 BRECKINRIDGE BLVD STE 725, Duluth, GA 30096-7605 |
| 98670668 | | Email/Text: CTSOPReceipt@wolterskluwer.com | Jun 16 2026 00:01:00 | CROWN ASSET MANAGEMENT, LLC, c/o C T Corporation System, 289 S Culver St, Lawrenceville, GA 30046-4805 |
| 98670654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:05:56 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 98670655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:05:56 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 98670656 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:05:32 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 98670657 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2026 00:06:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 98670658 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 16 2026 00:03:00 | Chex Systems, Inc., ATTN: Bankruptcy Department, PO Box 583399, Minneapolis, MN 55458-3399 |
| 98670659 | + | Email/Text: BNC_Notices@floridarevenue.com | Jun 15 2026 23:58:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 98670660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 00:06:03 | Citibank, N.A., c/o Jane Fraser, CEO, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 98670661 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 00:01:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: CGFD3 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 98670662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 00:01:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 98670663 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 00:01:00 | Comenity Bank/Express, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 98670664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 00:01:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 98670665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 00:01:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 98670666 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2026 00:05:58 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 98670670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 00:06:03 | Dsnb Bloomingdales, Attn: Bankruptcy, P.O. Box 8218, Mason, OH 45040 |
| 98670671 | | Email/Text: bankruptcycourts@equifax.com | Jun 16 2026 00:00:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 98670672 | ^ | MEBN | Jun 15 2026 23:42:52 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 98670673 | | Email/Text: BNC_Notices@floridarevenue.com | Jun 15 2026 23:58:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 98670674 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2026 00:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 98670675 | ^ | MEBN | Jun 15 2026 23:44:20 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 98670669 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2026 00:00:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 98688235 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 00:06:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 98670677 | + | Email/Text: EBNBKNOT@ford.com | Jun 16 2026 00:03:00 | Lincoln Automotive Finance, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 98670679 | | Email/Text: EBN@Mohela.com | Jun 16 2026 00:00:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 98670678 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2026 00:02:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 98670681 | + | Email/Text: bankruptcy@td.com | Jun 16 2026 00:02:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 98670684 | | Email/Text: mhslegal@mhs.net | Jun 16 2026 00:00:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 98670685 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:28 | Syncb/Home Design Floor, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 98670686 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:51 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 98670687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:51 | Synchrony Bank, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 98670688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 98670690 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:06:16 | Synchrony Bank/Gap, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 98670691 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:51 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

| District/off: 113C-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: CGFD3 | Total Noticed: 45 |

| 98670692 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:05:28 | Synchrony Bank/Sound Advice, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 98678169 | ^ MEBN | Jun 15 2026 23:43:41 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 98670693 | ^ MEBN | Jun 15 2026 23:42:14 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 98670696 | + Email/Text: documentfiling@lciinc.com | Jun 15 2026 23:58:00 | Xfinity, Comcast Center, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98670676 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 98670680 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 98670689 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose A Blanco | on behalf of Debtor Vanessa Yamileth Marquina eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD3 (06/01/26)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–17189–PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Vanessa Yamileth Marquina
aka Vanessa Marquina, aka Vanessa Y Marquina
15955 NW 82ND CT
Miami Lakes, FL 33016

SSN: xxx–xx–3990

## CLERK'S NOTICE OF CHANGE TO ZOOM LINK FOR

## SCHEDULED VIDEO CONFERENCE HEARING

Pursuant to General Order 2026–01 entered on June 1, 2026, hearings reassigned to Judge Peter D. Russin will proceed on the date and time as scheduled, however; the Clerk's Office is advising parties of a change to the Zoom registration link for participation in hearings before Judge Russin.

To participate in the hearing, you **must** register in advance no later than 3:00 p.m., one business day before the date of the hearing.

**TO REGISTER:** CLICK HERE or manually enter the following ZOOM registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

**Dated: 6/14/26**

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk

Copies to:  All Parties of record by the clerk